65 P.3d 183

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 14, 2003**

| | | |
|---|---|---|
| 24819 | Carbonel v. State | Affirmed |

**March 19, 2003**

| | | |
|---|---|---|
| 23958 | Schuette v. Schuette | Affirmed |